# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREG BURRIS** and | : | **CIVIL ACTION** |
| **THE GREG BURRIS AGENCY** | : | |
| | : | |
| v. | : | |
| | : | |
| **THE ALLSTATE CORPORATION** | : | |
| and **THE ALLSTATE INSURANCE** | : | |
| **COMPANY** | : | NO.   12-0145 |

## ORDER

**AND NOW**, this 10th day of July, 2012, upon consideration of Defendants' Motions to Dismiss (Document No. 5), the plaintiff's response and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion is **DENIED** as to Count II.

2. The motion is **GRANTED** as to Counts I, III, IV and V.

3. Counts I, III, IV and V are **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.