IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREG BURRIS** and | : | **CIVIL ACTION** |
| **THE GREG BURRIS AGENCY** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE ALLSTATE CORPORATION** and | : | **NO. 12-0145** |
| **THE ALLSTATE INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this 12th day of March, 2013, Defendants' Motion for Summary Judgment (Document No. 33), the plaintiffs' response, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Insofar as the motion seeks judgment in the defendants' favor on the claim under 42 U.S.C. § 1981, it is **GRANTED**.

2. Insofar as the motion seeks judgment on the contract cause of action, it is **DENIED**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.